AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

KANEMA MORRIS

05-4124-Seitzer

**CRIMINAL COMPLAINT**

CASE NUMBER:

(Name and Address of Defendant)

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about DECEMBER 3, 2004 TO DECEMBER 14, 2004 (MARCOS) ~~December 2004 to the present~~ in Broward county, in the Southern District of Florida defendant(s) did, (Track Statutory Language of Offense) knowingly execute and attempt to execute a scheme and artifice to defraud a financial institution to obtain any of the monies, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, representations and promises

in violation of Title 18 United States Code, Section(s) 1344.

I further state that I am a(n) Special Agent and that this complaint is based on the following
Official Title

facts:

See attached Affidavit

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Jennifer Starmann
Signature of Complainant
U.S. Secret Service

Sworn to before me and subscribed in my presence,

6/16/2005                                                                          at   Fort Lauderdale, Florida
Date                                                                                        City and State

Honorable Barry S. Seltzer
United States Magistrate Judge
Name & Title of Judicial Officer                                                            Signature of Judicial Officer

This form was electronically produced by Elite Federal Forms, Inc.

AFFIDAVIT

Jennifer D. Starmann, being duly sworn, deposes and states:

1. I am a special agent of the United States Secret Service, and I have been employed by the Secret Service since September 2002. I am currently assigned to the Financial Institution Crimes Squad of the Miami Field Office. As part of my regular duties, I investigate offenses relating to bank fraud and identity theft. I have received specialized training regarding bank fraud and identity theft.

2. I have obtained the information contained in this affidavit from fraud investigators of various financial institutions involved in this investigation that have knowledge of the events and circumstances herein described, and from my own personal knowledge. The following information contained in this affidavit is stated for the limited purpose of establishing probable cause and does not contain all facts and information regarding this investigation.

CASE INITIATION

3. On May 11, 2005, I met with Detective John Shaw of the Margate Police Department, who told me that a woman named Janice Turner had purchased four cars and established a line of credit through bank loans from three banks using the identity of Immacula Gustave.

4. Detective Shaw first learned of Janice Turner's crimes from speaking with fraud investigator Gary Noe of the Margate City-County Credit Union. Investigator Noe reported that a woman named Janice Turner used the identity of Immacula Gustave to open an account and purchase a car via a loan from the Margate City-County Credit Union.

5. The total amount of known fraud losses to the financial institution victims in this case is $129,354.30.

1

BACKGROUND

6. According to the real Immacula Gustave, she and her cousin, Magre Jules (a man), met Janice Turner at their church. Turner purported to be involved in real estate and offered to help Immacula Gustave and her cousin Jules buy a house. Gustave, speaking Creole, and interpreted by her cousin Jules, told Det. Shaw that Turner was in possession of a copy of Gustave's Florida driver's license for approximately two weeks in order to help Gustave purchase a home.

7. Gustave claimed that on or about March 22, 2005, Gustave received a copy of her credit report and noticed she had debt at three financial institutions where she had never conducted business: Margate City-County Credit Union, Eastern Financial Florida Credit Union, and Chase Manhattan Automotive Finance.

8. On or about March 22, 2005, Gustave, and her cousin Magre Jules, met with Investigator Gary Noe at the Margate City-County Credit Union, a state chartered credit union, a financial institution the deposits and accounts of which are federally insured. Investigator Noe showed Gustave and Jules a photocopy of the Florida driver's license that the Margate City-County Credit Union had on file for the "Immacula Gustave" account. Both Gustave and Jules identified the woman in the photograph as Janice Turner, their real estate broker.

9. On or about March 22, 2005, Gustave and Jules met with Eastern Financial Florida Credit Union fraud investigator Eileen Lam. On that day, Gustave and Jules relayed to investigator Lam that they believed Turner was the person posing as Gustave.

10. On or about April 5, 2005, Gustave signed an affidavit for Margate City-County Credit Union for a car loan totaling $26,885.10, certifying that the application made in furtherance of the loan was a forgery.

11. On or about April 30, 2005, Gustave signed an affidavit for Chase Manhattan Automotive Finance Company for a car loan totaling $28,795.00, certifying that the application made in furtherance of the loan was a forgery.

12. On March 22, 2005, Gustave signed an affidavit for Eastern Financial Florida Credit Union for two car loans and one line of credit totaling $73,674.20, certifying that the applications made in furtherance of the loan and line of credit were forgeries. On this Eastern Financial Florida Credit Union affidavit, Gustave named Turner as the person who posed as Gustave.

## EASTERN FINANCIAL FLORIDA CREDIT UNION

13. On or about December 2, 2004, Turner, along with her daughter Kanema Morris, entered the Sunrise, Florida, branch of Eastern Financial Florida Credit Union ("EFFCU") located at 3508 N. University Drive, Sunrise, Florida. The EFFCU is a state chartered credit union, a financial institution whose deposits and accounts are federally insured. Turner applied for membership, posing as Gustave. Turner opened a checking account in the name of Gustave, applied for a car loan, and accepted a line of credit for $7,500.00.

14. Turner provided the EFFCU senior branch representative, Elaine Philips, with the personal information (Social Security number, date of birth, and address) and actual Florida driver's license of Gustave. The photograph on the license was not that of Turner, but the real Gustave. EFFCU employee Elaine Philips made a copy of the Florida driver's license, and proceeded with the loan application and line of credit. Turner also provided Philips with a purchase order in the name of Gustave for a 2000 Mercedes Benz S500 in the amount of $41,250.00. Surveillance cameras captured Turner and her daughter Kanema Morris entering the EFFCU Sunrise, Florida, branch to complete the transactions described above.

15. On or about December 3, 2004, Turner entered the Cypress Creek, Florida, branch of EFFCU and completed the automobile loan for $41,250.00.

16. On or about December 6, 2004, Turner entered the Sunrise, Florida, branch of EFFCU and completed a withdrawal slip for her $7,500.00 line of credit, taking out $1,000.00 in cash and transferring the rest into the newly opened checking account in Gustave's name.

17. On or about December 7, 2004, Turner entered the Pembroke Pines branch of EFFCU located at 1824 N. University Drive, Pembroke Pines, and cashed a check written from the Gustave account and made payable to "Janice Turner" in the amount of $1,750.00. Turner provided to the bank all of her genuine identifiers and identification in order for the check to be cashed. Investigator Lam provided me with a photocopy of the check from the transaction.

18. On or about December 7, 2004, surveillance cameras at the EFFCU Sunrise branch captured Turner, posing as Gustave, depositing a stolen check for $726.05 into the newly opened Gustave checking account, using an ATM card issued to the newly opened Gustave account. The ATM card had been mailed to an address other than the address appearing on Gustave's true driver's license. The address to which the ATM card was mailed appears to have been involved in mortgage fraud crimes. It is unclear at this time what, if any, involvement the true Gustave may have had in such crimes.

19. On or about December 8, 2004, Turner's daughter, Kanema Morris, entered the EFFCU Sunrise branch to cash a check from "Immacula Gustave," made payable to Kanema Morris for $2,800.00. Morris provided all of her genuine identifiers and identification to bank employees in order for the check to be cashed. Investigator Lam provided me with a photocopy of the check from the transaction and surveillance video which captured this

transaction.

20. On or about December 16, 2005, surveillance video captured Janice Turner posing as Gustave, conducting an ATM transaction at the EFFCU Sunrise branch.

21. On or about December 20, 2004, Janice Turner entered the EFFCU Pines Landing Center branch. There, she was assisted by senior lending officer, Mavia Danford. Posing as Immacula Gustave, Turner provided Danford with the actual driver's license of Gustave, valid auto insurance in the name of Gustave, and a buyer's order for a 2001 Mercedes Benz ML 320 in the amount of $24,924.20. The loan was approved and funded that day.

22. Between December 23, 2004, and March 11, 2005, Turner continuously wrote checks against, and made deposits into, the newly opened Gustave checking account. During this period, Turner made four worthless ATM deposits totaling $3,062.05. All these ATM transactions were made with an ATM card issued in Gustave's name.

23. On or about March 22, 2005, the real Gustave, accompanied by her cousin Jules, was interviewed by EFFCU fraud investigator Eileen Lam. Gustave stated that she co-signed a mortgage for her cousin and was required to furnish her personal information to the real estate broker, Janice Turner. The real Gustave signed an affidavit of forgery that day implicating Turner as the woman who stole her identity.

24. On May 16, 2005, I met with EFFCU fraud investigator Eileen Lam to discuss this case. In addition to the details above, Lam provided me with copies of the following bank documents for "Immacula Gustave:" one member application, two automobile loan applications, one signature card, two copies of the genuine Florida state driver's license of Immacula Gustave used to open an account and receive automobile loans, various surveillance photographs of Turner posing as Gustave, surveillance photographs of

5

Morris cashing checks against the newly opened Gustave account, a copy of all checks written against the line of credit in the Gustave checking account, and an affidavit of forgery signed by the real Gustave.

## CHASE MANHATTAN AUTOMOTIVE FINANCE/WARREN HENRY VOLVO

25. On or about December 14, 2004, a woman posing as Gustave entered Warren Henry Volvo located at 20800 N.W. 2d Avenue, Miami, Florida, and purchased a 2003 Mercedes C-Class automobile for $28,795.00. That day, the dealer, Warren Henry Volvo, acting as an agent, cleared a loan for the vehicle through Chase Manhattan Automotive Finance. Chase Manhattan is a financial institution, the deposits of which are federally insured by the Federal Deposit Insurance Corporation.

26. The driver's license used for the purchase of this car and for the loan approval is the genuine Florida driver's license of Gustave. The real Gustave signed an affidavit of forgery for this loan on April 30, 2005, swearing that she did not purchase this car. Furthermore, Warren Henry Volvo provided to me via federal subpoena a handwritten letter giving authorization for the "granddaughter" of Gustave, Kanema Morris, to pick up the newly purchased vehicle. This letter was notarized by Turner, commission number, DD225497.

## MARGATE CITY-COUNTY CREDIT UNION

27. On or about February 11, 2005, Turner entered Margate City-County Credit Union ("MCCCU") located at 1982 N. State Road 7, Margate, Florida. Margate City-County Credit Union is a state chartered credit union, a financial institution whose deposits and accounts are federally insured. Turner, posing as Gustave, opened an account at MCCCU and applied for a car loan in the name of Gustave to purchase a 2001 BMW X5 for $26,885.10. Turner presented MCCCU employee Deidre Scott with a counterfeit Florida

driver's license. This driver's license had the picture of Turner, but the name, address, birth date, and other identifiers of Gustave.

28. In addition to the above details, MCCCU fraud investigator Gary Noe has provided me with the following bank documents associated with the MCCCU Gustave account: one member application, one copy of the counterfeit driver's license used by Turner, one copy of the loan application, and one affidavit of forgery signed by the genuine Gustave.

29. Based on the above facts, I respectfully submit that there is probable cause to believe that Kanema Morris has engaged in bank fraud, in violation of Title 18, United States Code, Section 1344.

FURTHER AFFIANT SAYETH NAUGHT.

JENNIFER D. STARMANN
SPECIAL AGENT
UNITED STATES SECRET SERVICE

Subscribed and sworn to before me this ___ day of June 2005.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE