AO 442  (Rev. 10/03) Warrant for Arrest   SAUSA Marc Anton         Special Agent Jennifer D. Starmann, USSS (305) 863-5000

# UNITED STATES DISTRICT COURT

__SOUTHERN__ District __FLORIDA__ 103 66 80

UNITED STATES OF AMERICA

vs.

KANEMA MORRIS

**WARRANT FOR ARREST**

Case Number: 05-4124-SELTZER

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to __KANEMA MORRIS__
                                           Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☐ Indictment   ☐ Information   X Complaint   ☐ Order of court   ☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice

charging him or her with (brief description of offense)
knowingly executing and attempting to execute a scheme and artifice to defraud a financial institution and obtaining any of the monies, funds, credits, assets, securities, and other property owned by and under the custody and control of a financial institution, by means of false and fraudulent pretenses, representations and promises, all

in violation of __18__ United States Code, __1344__

__HONORABLE BARRY S. SELTZER__ | __UNITED STATES MAGISTRATE JUDGE__
Name of Issuing Officer | Title of Issuing Officer

Signature of Issuing Officer | June 16, 2005 - Ft. Lauderdale, Fl
                             | Date and Location

Bail fixed at $100,000.00 Corporate Surety Bond w/ Nebbia requirement | HONORABLE BARRY S. SELTZER
                                                                     | By: UNITED STATES MAGISTRATE JUDGE
                                                                     | Name of Judicial Officer

## RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Ft. Lauderdale, Fl

| DATE RECEIVED<br>6/16/05 | NAME AND TITLE OF ARRESTING OFFICER<br>Christina Pharo, US Marshal<br>S/D  Fl | SIGNATURE OF ARRESTING OFFICER<br><br>William Berry, ASDUSM |
|---|---|---|
| DATE OF ARREST<br>6/20/05 | | |